ELIZABETH KANTOR, Respondent, v. HARRY KANTOR, Appellant.— On argument, order, in so far as it denies motion to direct plaintiff's attorney to deliver to the attorney for defendant a verified statement of plaintiff's residence address, reversed upon the law and the facts, without costs, and motion granted to that extent, without costs; the address to be given within forty-eight hours from the

---

* Since amended by Laws of 1930, chap. 409.      † Affd., 254 N. Y. ——.

date of this decision. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.